## 36041. MILLER v. GOWDER.

Judgment affirmed without opinion under Rule 59.
*All the Justices concur.*

SUBMITTED MARCH 14, 1980 — DECIDED APRIL 23, 1980.

*John N. Crudup,* for appellant.
*William M. House,* for appellee.